1 KEVIN V. RYAN (CSBN 118321)
United States Attorney
2
MARK L. KROTOSKI (CASBN 138549)
3 Chief, Criminal Division

4 VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney
5
1301 Clay Street, Suite 340S
6 Oakland, CA, 94612
Telephone: (510) 637-3924
7 Facsimile: (510) 637-3724
Email: vineet.gauri@usdoj.gov
8
Attorneys for Plaintiff
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 OAKLAND DIVISION

13

14
| UNITED STATES OF AMERICA, | ) No. CR 05-00807 SBA |
15 | | ) |
| Plaintiff, | ) |
16 | | ) **AMENDED PETITION FOR AND** |
| v. | ) **WRIT OF HABEAS CORPUS** |
17 | | ) **AD PROSEQUENDUM** |
| RAMON SANCHEZ-FRANCO, | ) |
18 | | ) |
| | ) |
19 | Defendant. | ) |

20

21
TO: The Honorable Edward M. Chen, Magistrate Judge,
22 United States District Court, Northern District of California.

23 Special Assistant United States Attorney VINEET GAURI respectfully petitions this

24 Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner RAMON

25 SANCHEZ-FRANCO, whose place of custody and jailor are set forth in the Writ following.

26 Your petitioners aver that the prisoner is required as the defendant in the above-entitled matter

27 //

28 //

Amended Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 06-00807 SBA

1. //
2. on August 8, 2006, at 10:00 a.m. before Honorable Wayne D. Brazil (Courtroom No. 4), in the
3. United States District Court for the Northern District of California, Oakland Division, and
4. therefore petitioners pray that this Court issue the Writ as presented.

DATED: July 5, 2006

/s/
VINEET GAURI
Special Assistant United States Attorney

SO ORDERED:

DATED: 7/7/06

Honorable Edward M. Chen
United States Magistrate Judge

Amended Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 06-00807 SBA

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: **FEDERICO ROCHA**, United States Marshal, Northern District of California and/or any of his authorized deputies, and the Jailor, Warden, Sheriff, Calipatria State Prison

### GREETINGS

**WE COMMAND** that on August 8, 2006, you have and produce the body of **RAMON SANCHEZ-FRANCO**, who is in your custody in the hereinabove-mentioned institution, before the United States District Court for the Northern District of California, at 10:00 a.m., in the courtroom of the Honorable WAYNE D. BRAZIL, Courtroom No. 4, at 1301 Clay Street, Oakland, California in order that **RAMON SANCHEZ-FRANCO** may then and there appear before the District Court on the Indictment that has been filed against him in the above-captioned case, and that immediately after said hearings to return him forthwith to the above-mentioned institution;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States marshal and/or his authorized deputies under this Writ.

**WITNESS**, the Honorable Edward M. Chen, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: 7/6/06

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
   DEPUTY CLERK

Amended Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 06-00807 SBA