KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    Facsimile: (510) 637-3724
    Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON SANCHEZ-FRANCO,<br><br>    Defendant.<br>_____ | No.   CR-05-00807-SBA<br><br>STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

    IT IS HEREBY STIPULATED that the status hearing set for October 31, 2006, scheduled at 9:00 a.m., before the Honorable Saundra B. Armstrong, be continued to November 7, 2006 at 9:00 a.m.

    Additional time is needed for review of discovery and investigation by the government as to the defendant's proffered grounds for dismissal based on alleged due process violations in the

- 1 -

1  defendant's previous deportation proceedings, and the ends of justice would be served by the
2  continuance and exclusion of time based on the need for the government's effective preparation,
3  taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
4  3161(h)(8)(B)(iv).
5       For the foregoing reasons, the parties STIPULATE and AGREE that the ends of justice
6  served by the continuance requested herein outweigh the best interests of the public and the
7  defendant in a speedy trial because the failure to grant such a continuance would deny the
8  government the reasonable time necessary for effective preparation, taking into account the exercise
9  of due diligence.

11  DATED:                                                  _____
12                                                         VINEET GAURI
                                                       Special Assistant United States Attorney

15  DATED:                                                  _____
16                                                         JEROME MATTHEWS
17                                                         Attorney for Defendant

19       Based on the reasons provided in the stipulation of the parties above, the Court hereby
20  FINDS that the government requires additional for review of discovery and investigation as to the
21  defendant's proffered grounds for dismissal based on alleged due process violations in the
22  defendant's previous deportation proceedings.  Accordingly, the ends of justice served by a
23  continuance outweigh the best interests of the public and the defendant in a speedy trial because the
24  failure to grant such a continuance would deny the government the reasonable time necessary for
25  effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§
26  3161(h)(8)(A) and 3161(h)(8)(B)(iv).

1  Based on these findings, IT IS HEREBY ORDERED THAT the status hearing set for
2  October 31, 2006, scheduled at 9:00 a.m., before the Honorable Saundra B. Armstrong, be continued
3  to November 7, 2006 at 9:00 a.m., and that time is excluded under the Speedy Trial Act from
4  October 31, 2006 to November 7, 2006 based on the need for the government's effective
5  preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§
6  3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: 10/31/06

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE